FRANCES K. WURZ, Respondent, v. EARL VERRILLI (Sometimes Called YERRILLI), Appellant.— Judgment affirmed, with costs. All concur.

THE ASSOCIATED MASTER PLUMBERS OF ROCHESTER, NEW YORK, Respondent, v. WARNOCK & ZAHRNDT, INCORPORATED, and HENRY WARNOCK, Appellants.— Judgment reversed on the law, with costs, and complaint dismissed, with costs, on the ground that an action will not lie to compel defendants to live up to the contract to which defendants were not parties, but which was made by the plaintiff with a third party. When the defendants became members of the plaintiff they agreed to abide by its constitution and by-laws, and by the rules, directions and orders of its board of directors and its committees. The contract between plaintiff and defendants consists of the constitution and by-laws of the plaintiff, and the application for membership of the defendant Warnock. The constitution provides the penalty for the violation by a member of any provision of the by-laws, or for the disobedience or failure to comply with any resolution, order or direction of the board of directors or of a committee. That penalty is a fine, suspension or expulsion. We think that is plaintiff's remedy and not an action for an injunction. All concur.

EUGENE LINKE, Respondent, v. BENJAMIN E. TILTON and WILLIAM T. PLUMB, as Ancillary Receivers of New York State Railways, Appellants.— Judgment and order affirmed, with costs. All concur.

JAMES I. MORRALL, Respondent, v. BENJAMIN E. TILTON and WILLIAM T. PLUMB, as Ancillary Receivers of New York State Railways, Appellants.— Judgment and order affirmed, with costs. All concur.

In the Matter of the Claim of MARY BYRNE MCDONALD, Respondent, against the ESTATE OF FINTON HOLLAND, Deceased, Appellant.— Decree affirmed, with costs, payable out of the estate. All concur.

In the Matter of the Petition of Taxpayers of the TWENTY-THIRD WARD OF THE CITY OF ROCHESTER to Vacate and Set Aside or Reduce the Assessments for the Beach Avenue and Bonaldi Street Stormwater Outlet Sewer.— Order affirmed, with costs. All concur. [136 Misc. 278.]

CATALDO MAIRA, an Infant, etc., Respondent, v. JACOB EISSENSTAT, Appellant. — Judgment and order affirmed, with costs. All concur.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. SAM MALTA, Appellant.— Judgment of conviction and order affirmed. All concur.

SERAFINA CITTADINO, as Administratix, etc., of SAM CITTADINO, Deceased, Respondent, v. DANIEL LAINO, Appellant.— Judgment and order affirmed, with costs. All concur.

SAM BALESTRA, Appellant, v. CORTLAND COUNTY BUS LINES, INCORPORATED, and Another, Respondents.— Judgments and orders affirmed, with costs. All concur, except Sears, P. J., and Crosby, J., who dissent as to the judgment and order in favor of defendant DiStasio, and as to said judgment and order they vote for reversal on the facts and a new trial, but who otherwise concur.

VIRGINIA BALESTRA, an Infant, etc., Appellant, v. CORTLAND COUNTY BUS LINES, INCORPORATED, and Another, Respondents.— Judgments and orders affirmed, with costs. All concur, except Sears, P. J., and Crosby, J., who dissent as to the judgment and order in favor of defendant DiStasio, and as to said judg-